**RECEIVED**
IN LAKE CHARLES, LA

JUN 2 3 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| JORGE MARQUEZ-MORALES | CIVIL ACTION NO. 09-cv-411 |
| | SECTION P |
| VS. | |
| | JUDGE MINALDI |
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** the petitioner's Petition for Writ of Habeas Corpus be **DISMISSED WITH PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 23 day of June, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE